# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
PARTNER
212.403.7348
SWalsh@Vladeck.com

December 12, 2022

Hon. Loretta A. Preska
Senior U.S. District Judge
United States District Court
for the Southern District of N.Y.
500 Pearl Street
New York, New York 10007

Re: *United States v. Andy Adames*, 16 Cr 167 (LAP)

Dear Judge Preska:

I write concerning the December 15, 2022 hearing on this Violation of Supervised Release currently scheduled for 11:00 am this Thursday.

I respectfully request that the Criminal Justice Act attorney on duty that day be appointed to handle the hearing or that it be adjourned to another date.

I am a member of a non-profit Board of Directors and I am the Chair of a search committee to replace the founder who is retiring after 25 years. The final round of candidates is scheduled for in person interviews on December 15, 2022. The scheduling of the entire search committee, the candidates and the consultant has been a challenge. As the Chair and coordinator of the paid search team, I am not able to miss the meeting. I addition, I will be travelling over the holidays and am only in New York intermittently from 12/21 – January 9, 2023.

Probation brought the summons to my attention today, so I apologize for the late notice. Thank you for your time and consideration.

Respectfully submitted,

Susan J. Walsh

*[Handwritten: CJA counsel on duty shall be appointed]*

*[Stamped: SO ORDERED]*
*[Signed: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*12/14/22*

715276 v1