UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>-against-<br><br>ANDY ADAMES,<br><br>      Defendant. | No. 16-CR-167 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The conference scheduled for January 4, 2023, is adjourned. The parties shall appear for a conference on March 21, 2023, at 1:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:  January 4, 2023
      New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1