| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

March 15, 2023

**VIA ECF**

Honorable Loretta A. Preska
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

   Re: **Andy Adames, VOSR**

Dear Judge Preska:

  We are the attorneys for Andy Adames. This will confirm that we have requested an adjournment of this matter until April 25th at 1:00 p.m. to which request the government consents.

  Thank you for your courtesy.

*granted.*

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

CC: All Counsel Via ECF

*march 16, 2023*

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*  GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800  PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429