

| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL  ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

July 31, 2023

<u>VIA ECF</u>

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>United States v. Andy Adames, No. 16-cr-00167-2 (LAP)</u>

Dear Judge Preska:

      We are the attorneys for Andy Adames.  I write to request permission to submit interim CJA vouchers in connection with Mr. Adames' representation.  I have already incurred meaningful attorney fees in connection with my work to date.  It would be extremely helpful should I be <u>allowed to submit interim CJA vouchers when the accrued amount is greater than Five Thousand Dollars ($5000)</u>, in accordance with the CJA eVoucher Attorney's Manual.

      For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.  Thank you for your consideration.

                                  Respectfully submitted,

                                  <u>/s/ Eric R. Breslin</u>

                                  Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

**SO ORDERED**   *[signature]*
                Honorable Loretta A. Preska, U.S.D.J.
                8/1/2023