UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
United States of America,                 :
                                          :
                                          :     16 CR 167-02 (LAP)
                        Plaintiff(s),     :
                                          :     SCHEDULING ORDER
            -against-                     :
                                          :
Andy Adames,                              :
                                          :
                        Defendant(s).     :
                                          :
--------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        It is hereby

        ORDERED that the proceeding scheduled for August 30,

2023 at 12:00 pm is adjourned to September 27, 2023 at 11:00 am.


SO ORDERED.

_____
Loretta A. Preska, Senior U.S.D.J.



Dated:      New York, New York
            August 9, 2023