UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | |
|---|---|
| Plaintiff, | No. 16-CR-167 (LAP) |
| -against- | OPINION AND ORDER |
| Andy Adames, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The hearing originally scheduled for January 9, 2024, at 11:00 a.m. is hereby adjourned to January 11, 2024, at 10:30 a.m.  The hearing will take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    January 9, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1