UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>Andy Adames,<br><br>　　　　　　　　Defendant. | No. 16-CR-167 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　The hearing originally scheduled for February 14, 2024, at 10:00 a.m. is hereby rescheduled to February 14, 2024, at 12:00 p.m.  The hearing will take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:　　January 18, 2024
　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1