UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | |
|---|---|
| Plaintiff, | |
| -against- | No. 16-CR-167 (LAP) |
| Andy Adames, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by Defendant, dated February 9, 2024, (see dkt. no. 473), and the letter response filed by the Government, dated February 9, 2024, (see dkt. no. 475).  The Court hereby orders that Defendant shall be permitted to leave his home on Monday, February 12, 2024, for the limited purpose of attending the wake of his first cousin Angel Fernandez, and shall be permitted to leave his home on Tuesday, February 13, 2024, for the limited purpose of attending the funeral and burial services of Mr. Fernandez.  Mr. Adames is reminded that this permission does not extend to permit him to make additional stops on the dates of Mr. Fernandez's wake and funeral, or to leave his home for any reason other than those described in this Order and those the Court ordered at the hearing on January 11, 2024.  Mr. Adames shall otherwise abide by the terms of home incarceration that this Court has ordered.

**SO ORDERED.**

Dated:     February 10, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge